IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **12-cv-2947-AP**

**JASON B. JAHNKE,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER OF DISMISSAL

Kane, J.

Upon consideration of Plaintiff's Unopposed Motion to Withdraw Appeal (doc. #14), filed June 12, 2013, it is

**ORDERED** that the Motion is **GRANTED**.  This case is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and fees.

Dated:  June 12, 2013

                BY THE COURT:

                *S/John L. Kane*
                JOHN L. KANE, SENIOR JUDGE
                UNITED STATES DISTRICT COURT